IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WILLIAM N. DEAL and | ) | Case No. 08-20063 |
| CYNTHIA L. DEAL, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

FILED

10:15 am, 7/14/08

Joyce W. Harris
Clerk of Court

## ORDER ON DEBTORS' ATTORNEY FEE APPLICATION

This matter is before the court on the Debtors' Attorney's Fee Application. Upon the court's review of the record, the time sheets provided by the applicant and taking into consideration the unusual circumstances of this case, the court finds:

In determining the amount of reasonable compensation to be awarded, the court considers the nature, the extent and the value of the services, taking into account all relevant factors, including: the time spent on such services, the rates charged; whether the services were necessary to the administration of and benefit of the case; whether the services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem; and, whether the professional person has demonstrated skill and experience in the bankruptcy field. The court shall not allow compensation of services that were not reasonably likely to benefit the debtors' estate.

The applicant described special circumstances that are considered in reviewing this fee application that include resolution of the IRS levy and the change of the debtor's employment. Applicant is experienced in the bankruptcy field but expended time correcting one plan due to failure to comply with this court's local rules of which the

debtors should not pay for this mistake. It also appears from the time sheets that the applicant spent excessive time on routine filing matters or matters that would be clerical in nature. Therefore the applicant's request for fees shall be reduced by $250.00.

THEREFORE IT IS ORDERED, L. Craig Clayton, is allowed fees of $2,750 and $25.00 expenses, of which $2,225.00 shall be paid through the plan.

DATED this 14 day of July, 2008.

By the Court

HONORABLE PETER J. MCNIFF
United States Bankruptcy Judge